■ In the Matter of DENISE M. W.—Order unanimously reversed, on the law, without costs, and petition dismissed. Memorandum: Family Court erred in entering an order adjourning this proceeding in contemplation of dismissal (see, Family Ct Act § 749). The Law Guardian's motion to dismiss the petition made at the close of the fact-finding hearing should have been granted. The allegations of the petition failed to allege, and the evidence at the hearing failed to establish beyond a reasonable doubt as required by Family Court Act § 744, that the juvenile was "a person in need of supervision" within the meaning of Family Court Act § 712 (a). It is well settled that there must be more than an isolated incident to support a determination that a juvenile is "in need

of supervision" *(Matter of Raymond O.,* 31 NY2d 730; *Matter of David W.,* 28 NY2d 589). Additionally, we note that because there may be collateral legal consequences resulting from the order appealed from, the appeal is not moot *(see, Matter of Erik P.,* 42 AD2d 908). (Appeal from order of Erie County Family Court, Graney, J.—PINS.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.